IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JEFF BARTELS, | |
| Plaintiff, | Case No.: 1:23-cv-03693 |
| v. | Judge Jorge L. Alonso |
| THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", | Magistrate Judge Young B. Kim |
| Defendants. | |

## SATISFACTION OF JUDGMENT

WHEREAS, a judgment was entered in the above action on August 02, 2023 [47] in favor of Plaintiffs and against the Defendants Identified in Amended Schedule A. Plaintiffs acknowledge payment of an agreed upon damages amount, costs, and interest and desires to release this judgment and hereby fully and completely satisfy the same as to the following Defendants:

| NO. | DEFENDANT |
|---|---|
| 85 | GUANG ZHOU SHI YAN KE QI DIAN ZI SHANG WU YOU |
| 78 | XIANNINGSHIDUNXIAODIANZISHANGWUYOUXIANGONGSI |

THEREFORE, full and complete satisfaction of said judgment as to above identified Defendants is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment.

DATED: January  29 , 2024                     Respectfully submitted,

                                              Keith A. Vogt, Esq. (Bar No. 6207971)
                                              Keith Vogt, Ltd.
                                              33 West Jackson Boulevard, #2W
                                              Chicago, Illinois 60604
                                              Telephone: 312-971-6752
                                              E-mail: keith@vogtip.com

                                              **ATTORNEY FOR PLAINTIFF(S)**

Subscribed and sworn before me by Keith A. Vogt, on this  29   of January, 2024.

Given under by hand and notarial seal.

NOTARY PUBLIC

STATE OF   Illinois

COUNTY OF   Cook



GRISELDA DELGADO
OFFICIAL SEAL
Notary Public, State of Illinois
My Commission Expires
October 05, 2026